IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Steven Baker, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Zavanna, LLC,<br><br>Defendant. | Case No. 1:21-cv-00042 |

## ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE

[¶1]   THIS MATTER comes before the Court on a Stipulation of Dismissal with Prejudice filed on December 20, 2021. Doc. No. 5. The Parties have stipulated to dismiss this action with prejudice and without an award of costs or attorney's fees to any party. Id.

[¶2]   Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that this action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs and attorneys' fees.

[¶3]   **IT IS SO ORDERED**.

DATED December 21, 2021.

Daniel M. Traynor, District Judge
United States District Court